Rightmire v. Hunteman.

WILLIAM H. RIGHTMIRE v. HENRY H. HUNTEMAN
ET AL.

FILED OCTOBER 2, 1894.    NO. 5241.

1. **Review:** ADMISSION OF INCOMPETENT EVIDENCE: HARMLESS
ERROR.   A judgment will not be reversed because of the ad-
mission of incompetent evidence, where no possible prejudice
resulted.

2. ———.   The evidence *held* sufficient to sustain the verdict.

ERROR from the district court of Platte county.   Tried
below before POST, J.

*I. L. Albert* and *Whitmoyer & Gondring,* for plaintiff in
error.

*J. G. Reeder, contra.*

IRVINE, C.

The defendants in error sued the plaintiff in error for
building materials sold and delivered.   The plaintiff in
error interposed a counter-claim for damages caused by de-
fective material and delay in delivering the same.   There
was a verdict and judgment for the defendants in error for
$980.47.

Error is assigned on the admission in evidence of two
papers, designated Exhibits "A" and "B."   Exhibit A is
not made a part of the bill of exceptions and for that rea-
son the assignment of error in relation thereto would have
to be disregarded.   Exhibit B is simply a list of the ma-
terial sued for in the second count of the petition.   The
answer expressly admits the contract for this particular
material, the only issue raised being as to the fact of its de-
livery and as to its character.   This list could have no in-
fluence on the determination of this issue ; and whether or

not it was competent, its admission could not have been prejudicial. It would seem from the general testimony that Exhibit A was a similar list of other material, and the same remarks would be applicable to it.

The principal assignment of error is that the verdict is not sustained by the evidence and that it is excessive. It is admitted that the defendants in error were entitled to some judgment against the plaintiff in error, but it is urged that the judgment rendered was too large. No question of law is involved in this assignment, and it would be useless to state the evidence in the opinion. It has been examined and found to be conflicting, with sufficient evidence on behalf of the defendants in error to forbid our disturbing the verdict.

JUDGMENT AFFIRMED.

POST, J., not sitting.